1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant,
   JAIME LEON ZAMORA
6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | CASE NO. 1:09-cr-00006-LJO |
   |---|---|---|
12 | Plaintiff, | ) | |
   |  | ) | STIPULATION AND |
13 |  | ) | ORDER TO CONTINUE STATUS |
   | vs. | ) | CONFERENCE UNTIL APRIL 3, 2009 |
14 |  | ) | |
15 | JAIME LEON ZAMORA, | ) | |
16 | Defendant. | ) | |
17 | _____ | ) | |

18

19

20      IT IS HEREBY STIPULATED by and between the Defendant, JAIME LEON

21 ZAMORA, his Attorney of record, CAROL ANN MOSES, MARK CULLERS, Chief Assistant

22 United States Attorney, and RACHAEL HILL, Assistant Federal Defender and Attorney for

23 Angelita Leon, that the Status Conference set for March 27, 2009, at 9:00 a.m. be continued to

24 ///

25 ///

26 ///

27 ///

28 ///

STIP & PROPOSED ORDER TO
CONTINUE STATUS CONFERENCE           1

| | | |
|---|---|---|
| 1 | April 3, 2009 at 9:00 a.m. or to another date convenient for the Court. The proposed stipulation | |
| 2 | of a one week continuance is to accommodate an unexpected change in Defense Counsel Moses' | |
| 3 | litigation schedule and required appearance on March 27, 2009 at 9:00 am at the Sierra Court in | |
| 4 | Bass Lake, California. | |

Dated: March 10, 2009                By: /s/ Carol Ann Moses
                                                          CAROL ANN MOSES
                                                          Attorney for Defendant
                                                          JAIME LEON ZAMORA

Dated: March 10, 2009                By: /s/ Mark Cullers
                                                          MARK CULLERS
                                                          Chief Assistant U.S. Attorney
                                                          Attorney for Plaintiff

Dated: March 10, 2009                By: /s/ Rachael Hill
                                                          RACHAEL HILL
                                                          Assistant Federal Defender
                                                          Attorney for Co-Defendant
                                                          Angelita Leon

## ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS:

1. There is good cause for the request. The Status Conference scheduled for March 27, 2009 for Defendants, JAIME LEON ZAMORA and ANGELITA LEON, shall be continued to April 3, 2009, at 9:00 a.m.

IT IS SO ORDERED.

**Dated: March 11, 2009**                /s/ Lawrence J. O'Neill
                                                          UNITED STATES DISTRICT JUDGE

STIP & PROPOSED ORDER TO
CONTINUE STATUS CONFERENCE                2