1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant,
   JAIME LEON ZAMORA
6

7

8               UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,    )   CASE NO. 1:09-cr-00006-LJO
                                )
12         Plaintiff,            )
                                )   STIPULATION TO CONTINUE
13                              )   SENTENCING SCHEDULE AND
   vs.                          )   HEARING; ORDER
14                              )
                                )
15 JAIME LEON ZAMORA,           )   Date:   September 25, 2009
                                )   Time:   9:00 A.M.
16         Defendant.            )   Judge:  Hon. Lawrence J. O'Neill
                                )
17 _____ )

18     **IT IS HEREBY STIPULATED** by and between the parties hereto through their

19 respective counsel, MARK CULLERS, Chief Assistant United States Attorney, counsel for

20 Plaintiff, and CAROL ANN MOSES, Attorney of Record for Defendant, JAIME LEON

21 ZAMORA, that the sentencing schedule in the above-referenced matter be revised as follows: the

22 Presentence report now due July 10, 2009, shall be due August 7, 2009; informal objections to

23 the Presentence Investigation Report now due July 31, 2009, shall be due August 21, 2009;

24 formal objections to the Presentence Investigation Report now due August 14, 2009, shall be due

25 September 14, 2009; and the sentencing hearing now scheduled for August 21, 2009, may be

26 continued to September 25, 2009, at 9:00 A.M.

27     Defendant seeks this continuance because the Probation Officer has advised counsel that

28 he will require additional time for preparation of the Presentence Report because there are

1  unresolved questions regarding restitution amounts.  The requested continuance will allow

2  sufficient time to complete preparation of the Presentence Investigation Report and will allow

3  adequate time for review and any relevant objections/replies to the Presentence Report prior to

4  the sentencing hearing.  The continuance will conserve time and resources for all parties and the

5  court.

6       Exclusion of time to complete sentencing is not required.

7

8  Dated: July 14, 2009                                   By:  /s/ Carol Ann Moses
                                                                CAROL ANN MOSES
9                                                               Attorney for Defendant
                                                                JAIME LEON ZAMORA
10

11 Dated: July 14, 2009                                   By:  /s/ Mark Cullers
                                                                MARK CULLERS
12                                                              Chief Assistant U.S. Attorney
                                                                Attorney for Plaintiff
13

14

15

16
     Good cause exists for the agreed-upon stipulated continuance.
17

18

19

20

21

22

23
                                    IT IS SO ORDERED.
24
           **Dated:   July 14, 2009            /s/ Lawrence J. O'Neill**
25                                    UNITED STATES DISTRICT JUDGE

26

27

28

STIPULATION TO CONTINUE SENTENCING
SCHEDULE & HEARING; [PROPOSED] ORDER         2