**CAROL ANN MOSES #164193**
Attorney at Law
545 East Alluvial, Suite 112
Fresno, California 93720
Telephone (559) 449-9069
Facsimile (559) 449-9016

Attorney for Defendant,
JAIME LEON ZAMORA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 1:09-cr-00006-LJO |
| Plaintiff, ) | |
| ) | STIPULATION TO CONTINUE |
| ) | SENTENCING SCHEDULE AND |
| vs. ) | HEARING; [PROPOSED] ORDER |
| ) | |
| JAIME LEON ZAMORA, ) | Date:   September 25, 2009 |
| ) | Time:   9:00 A.M. |
| Defendant. ) | Judge:  Hon. Lawrence J. O'Neill |
| _____ ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel, MARK CULLERS, Chief Assistant United States Attorney, counsel for Plaintiff, and CAROL ANN MOSES, Attorney of Record for Defendant, JAIME LEON ZAMORA, that the sentencing schedule in the above-referenced matter be revised as follows: informal objections to the Presentence Investigation Report now due August 21, 2009, shall be due October 9, 2009; Probation will submit the report to the Court by October 16, 2009; formal objections to the Presentence Investigation Report now due September 14, 2009, shall be due October 23, 2009; and the sentencing hearing now scheduled for September 25, 2009, shall be continued to October 30, 2009, at 8:45 A.M.

///

///

1  Defendant seeks this continuance because the Presentence Report was received on August 19, 2009. Defense counsel is out of town beginning August 22, 2009, and will be unavailable for 3 weeks until September 14, 2009.

Dated: August 20, 2009                          By:  /s/ Carol Ann Moses
                                                    CAROL ANN MOSES
                                                    Attorney for Defendant
                                                    JAIME LEON ZAMORA


Dated: August 20, 2009                          By:  /s/ Mark Cullers
                                                    MARK CULLERS
                                                    Chief Assistant U.S. Attorney
                                                    Attorney for Plaintiff


## ORDER

The Court, having reviewed the above request HEREBY ORDERS AS FOLLOWS: The Sentencing Schedule shall be adopted as detailed in this Stipulation. The Sentencing Hearing for Defendant, JAIME LEON ZAMORA, will be continued to October 30, 2009 at 8:45 A.M. Good Cause exists for the change.

IT IS SO ORDERED.

**Dated:   August 21, 2009**                    /s/ Lawrence J. O'Neill
                                                UNITED STATES DISTRICT JUDGE