IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>ANGELITA LEON,<br><br>    Defendant and Judgment Debtor. | Old Criminal Case No.: 1:09-CR-00006-LJO<br><br>New Criminal Case No: 1:09-CR-00006-LJO-SKO |
| SETTON PISTACHIO OF TERRA BELLA, INC., dba SETTON FARMS,<br>(and its Successors and Assignees)<br><br>    Garnishee. | Old Misc. Case No.: 1:19-MC-00067-SKO<br><br>New Misc. Case No.: 1:19-MC-00067-LJO-SKO<br><br>**RELATED CASE ORDER** |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a). Accordingly, the assignment of the actions to the same judge and magistrate judge is likely to achieve a substantial savings of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge and magistrate judge; no consolidation of the actions is effected.

IT IS THEREFORE ORDERED that the actions denominated 1:09-CR-00006-LJO and 1:19-MC-00067-SKO be reassigned to Chief District Judge Lawrence J. O'Neill and Magistrate Judge Sheila K. Oberto for all further proceedings. Henceforth, the captions on documents filed in the reassigned cases shall be shown as 1:09-CR-00006-LJO-SKO and 1:19-MC-00067-LJO-SKO.

IT IS FURTHER ORDERED that pursuant to 28 U.S.C. § 3008 and 28 U.S.C. § 636(b)(1)(B) the matters are referred to the magistrate judge to the extent permitted by law.

IT IS SO ORDERED.

Dated: **September 19, 2019**         **/s/ Lawrence J. O'Neill**
UNITED STATES CHIEF DISTRICT JUDGE